WALL v. NEW YORK EDISON CO. et al. (Supreme Court, Appellate Division, Sec-

ond Department. June 4, 1909.) Action by John Wall against the New York Edison·Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.